IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 15-11295TPA |
| | : | |
| DIANE CECILIA VAVRECK | : | |
| Debtor | : | HON. THOMAS P. AGRESTI |
| | : | |
| J.P. MORGAN CHASE BANK, | : | |
| Movant | : | CHAPTER 13 |
| | : | |
| v. | : | RELATED TO CLAIM  NO. 8 |
| | : | |
| DIANE CECILIA VAVRECK; and RONDA J. | : | |
| WINNECOUR, ESQUIRE, CHAPTER 13, | : | |
| Respondents | : | |

DECLARATION

I hereby certify as counsel for the Debtor that the existing Chapter 13 Plan is adequately funded

and that there is no need to file an amended Chapter 13 Plan.

Respectfully submitted,

QUINN, BUSECK, LEEMHUIS, TOOHEY
& KROTO, INC.

By:     /s/Michael S. JanJanin
        Michael S. Jan Janin, Esq.
        Pa. I.D. No. 38880
        2222 West Grandview Boulevard
        Erie, PA 16506-4508
        Phone:  (814) 833-2222, Ext. 1045
        Phone:  (814) 314-1051 (Direct)
        Fax:  (814) 833-6753
        Email:  mjanjanin@quinnfirm.com

#963162                 Attorneys for Debtor, Diane Cecilia Vavreck

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 15-11295TPA |
| | : | |
| DIANE CECILIA VAVRECK | : | |
| Debtor | : | HON. THOMAS P. AGRESTI |
| | : | |
| J.P. MORGAN CHASE BANK, | : | |
| Movant | : | CHAPTER 13 |
| | : | |
| v. | : | RELATED TO CLAIM  NO. 8 |
| | : | |
| DIANE CECILIA VAVRECK; and RONDA J. | : | |
| WINNECOUR, ESQUIRE, CHAPTER 13, | : | |
| Respondents | : | |

**CERTIFICATE OF SERVICE OF DECLARATION**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on July 14, 2016.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:    Electronic Notification                                                      .

Ronda Winnecour, Esquire, Chapter 13 Trustee
**Via the CM/ECF system - cmecf@chapter13trusteewdpa.com**

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON: July 14, 2016

By:    /s/Michael S. JanJanin                          
Signature

Michael S. Jan Janin, Esq.                          
Typed Name

2222 W. Grandview Blvd., Erie, PA 16506-4508          
Address

(814) 833-2222 ext. 1045                              
Phone No.

PA ID #38880                                          
List Bar I.D. and State of Admission