Form 237

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Diane Cecilia Vavreck** : Case No. 15−11295−TPA
 *Debtor(s)* : Chapter: 13
 :
JP Morgan Chase Bank N.A. :
 *Movant,* :
 : Related to Claim No. 8
 v. :
Diane Cecilia Vavreck :
Ronda J. Winnecour, Esq., Trustee :
 *Respondent.* :
 :
 :
 :
 :
 :
 :
 :

## ORDER

 **AND NOW**, this **14th day of July, 2016,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *JP Morgan Chase Bank N.A.* at Claim No. 8 in the above−captioned bankruptcy case,

 It is hereby **ORDERED** that *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

 (1)    an *AMENDED CHAPTER 13 PLAN;*

 (2)    a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

 (3)    an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

 *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Diane Cecilia Vavreck
    Debtor

Case No. 15-11295-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1    User: gamr    Page 1 of 1    Date Rcvd: Jul 14, 2016
                 Form ID: 237    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2016.
db          +Diane Cecilia Vavreck,    1948 West 34th Street,    Erie, PA 16508-2008
14234292     +JPMorgan Chase Bank, National Association,    c/o Chase Records Center,
               Attn: Correspondence Mall,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2016                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2016 at the address(es) listed below:
         Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association
          agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         John F. Kroto    on behalf of Creditor    Ally Financial serviced by Ally Servicing, LLC
          jkroto@kmgslaw.com,   knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com,
          nlambert@kmgslaw.com
         Michael S. Jan Janin    on behalf of Debtor Diane Cecilia Vavreck mjanjanin@quinnfirm.com,
          knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                            TOTAL: 5