UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO. 15-11295 TPA |
| DIANE CECILIA VAVRECK, | : |
| Debtor. | : THE HONORABLE THOMAS P. AGRESTI |
| | : |
| DIANE CECILIA VAVRECK, | : CHAPTER 13 |
| | : |
| Movant, | : RELATED TO DOCUMENT NO. 60 and 61 |
| | : |
| v. | : DATE & TIME OF CONCILIATION: |
| | : |
| NO RESPONDENT. | : May 23, 2017 @ 10:00 a.m. |
| | : |
| | : OBJECTION/RESPONSE DATE: |
| | : |
| | : May 9, 2017 |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I served, or caused to be served, on the 19th day of April, 2017, a copy of the Amended Chapter 13 Plan dated April 17, 2017 and Order dated April 18, 2017 upon each of the following persons and parties in interest at the address shown on the attached list.

                                              Respectfully submitted,

                                              QUINN, BUSECK, LEEMHUIS,
                                              TOOHEY & KROTO, INC.

                            BY:    /s/ Michael S. JanJanin
                                              Michael S. JanJanin, Esquire
                                              PA Id. No. 38880
                                              2222 West Grandview Boulevard
                                              Erie, Pennsylvania 16506-4508
                                              Telephone: 814-833-2222
                                              Facsimile: 814-833-6753
                                              E-Mail Address: mjanjanin@quinnfirm.com
                                              Counsel for Debtor

#1042640

```
Label Matrix for local noticing          Ally Financial                              Ally Financial
0315-1                                    200 Renaissance Center                     PO Box 130424
Case 15-11295-TPA                         Detroit, MI 48243-1300                     Roseville MN 55113-0004
WESTERN DISTRICT OF PENNSYLVANIA
Erie
Tue Apr 18 14:52:09 EDT 2017

Ally Financial                            Ally Financial serviced by Ally Servicing, L   American Honda Finance Company
Payment Processing Center                 PO Box 130424                                  20800 Madrona Avenue
P.O. Box 9001951                          Roseville, MN 55113-0004                       Torrance, CA 90503-4915
Louisville, KY 40290-1951


(p)AMERICAN HONDA FINANCE                 Apothaker & Associates PC                  Bank of America
P O BOX 168088                            520 Fellowship Road                        c/of Law Offices of Frederic I. Weinberg
IRVING TX 75016-8088                      C306                                       375 E. Elm Street
                                          Mount Laurel, NJ 08054-3410                Suite 210
                                                                                     Conshohocken, PA 19428-1973


CAPITAL ONE, N.A.                         Chase                                      Commonwealth Financial Systems
C/O BECKET AND LEE LLP                    P.O. Box 15298                             245 Main Street
PO BOX 3001                               Wilmington, DE 19850-5298                  Dickson City, PA 18519-1641
MALVERN, PA 19355-0701


Discover Bank                             Discover Bank                              Diversified Consultant
Discover Products Inc                     P.O. Box 71084                             10550 Deerwood Park Blvd.
PO Box 3025                               Charlotte, NC 28272-1084                   Jacksonville, FL 32256-0596
New Albany, OH  43054-3025


ERC                                       FIA Card Services                          FNB Omaha
P.O. Box 23870                            655 Papermill Road                         P.O. Box 3412
Jacksonville, FL 32241-3870               Newark, DE 19711-7500                      Omaha, NE 68103-0412


Finger Hut                                First National Bank of Omaha               First National Collection Bureau, Inc.
P.O. Box 166                              1620 Dodge Street                          610 Waltham Way
Newark, NJ 07101-0166                     Stop Code 3105                             Sparks, NV 89434-6695
                                          Omaha, NE 68197-0003


Furniture Row                             Andrew F Gornall                           Greg L. Morris, Esquire
c/of Asset Recovery Soluctions LLC        KML Law Group, P.C.                        Patenaude & Felix APC
2200 E. Devon Avenue                      701 Market Street                          213 E. Main Street
Suite 200                                 Suite 5000                                 Carnegie, PA 15106-2701
Des Plaines, IL 60018-4501                Philadelphia, PA 19106-1541


J.P. Morgan Chase Bank                    J.P. Morgan Chase Bank N.A.                JPMorgan Chase Bank, National Association
2210 Enterprise Drive                     P.O. Box 8000                              c/o Chase Records Center
Florence, SC 29501-1109                   Monroe, LA 71211-8000                      Attn: Correspondence Mall
                                                                                     Mail Code LA4-5555
                                                                                     700 Kansas Lane
                                                                                     Monroe, LA 71203-4774


Michael S. Jan Janin                      Jeff Swanseger                             Jennifer Vavreck
Quinn Buseck Leemhuis Toohey & Kroto Inc  1316 West 42nd Street                      5449 Glenwood Park Avenue
2222 West Grandview Boulevard             Erie, PA 16509-1202                        Erie, PA 16509-3223
Erie, PA 16506-4508
```

```
Kohl's                              John E. Kroto                       NY Life
Payment Center                      Knox McLaughlin Gornall & Sennett   P.O. Box 6916
P.O. Box 2983                       120 West Tenth Street               Cleveland, OH 44101-1916
Milwaukee, WI 53201-2983            Erie, PA 16501-1410


NY Life Visa                        Office of the United States Trustee Pennsylvania Dept. of Revenue
First Bankcard                      Liberty Center.                     Department 280946
P.O. Box 2557                       1001 Liberty Avenue, Suite 970      P.O. Box 280946
Omaha, NE 68103-2557                Pittsburgh, PA 15222-3721           ATTN: BANKRUPTCY DIVISION
                                                                        Harrisburg, PA 17128-0946


Phillips & Cohen Associates Ltd.    Quantum3 Group LLC as agent for     Recovery Management Systems Corporation
258 Chapman Road                    Sadino Funding LLC                  25 S.E. Second Avenue
Suite 205                           PO Box 788                          Suite 1120
Newark, DE 19702-5444               Kirkland, WA  98083-0788            Miami, FL 33131-1605


Recovery Management Systems Corporation  Sentry Credit, Inc.            TD BANK USA, N.A.
25 S.E. 2nd Avenue, Suite 1120      2809 Grand Avenue                   C O WEINSTEIN & RILEY, PS
Miami, FL 33131-1605                Everett, WA 98201-3417              2001 WESTERN AVENUE, STE 400
                                                                        SEATTLE, WA 98121-3132


Target Card Services                Target National Bank                The Bureaus, Inc.
P.O. Box 660170                     c/of Patenaude & Felix APC          1717 Central Street
Dallas, TX 75266-0170               213 East Main Street                Evanston, IL 60201-1507
                                    Carnegie, PA 15106-2701


The Law Offices of Frederic I. Weinberg  Diane Cecilia Vavreck          Verizon Wireless
375 E. Elm Street                   1948 West 34th Street               Bankruptcy Administration
Suite 210                           Erie, PA 16508-2008                 500 Technology Drive
Conshohocken, PA 19428-1973                                             Suite 550
                                                                        Weldon Spring, MO 63304-2225


James Warmbrodt                     Washington Mutual Bank              Washington Mutual Bank
KML Law Group, P.C.                 2000 Oxford Drive                   400 East Main Street
701 Market Street                   Bethel Park, PA 15102-1827          Stockton, CA 95202-3002
Suite 5000
Philadelphia, PA 19106-1541


Washington Mutual Bank              WebBank Fingerhut Credit Account Service  Ronda J. Winnecour
c/of ACS Image Solutions            6250 Ridgewood Road                 Suite 3250, USX Tower
12691 Pala Drive                    St. Cloud, MN 56303-0820            600 Grant Street
Garden Grove, CA 92841-3936                                             Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
American Honda Finance Corporation  (d)Honda Financial Services         (d)Honda Financial Services
National Bankruptcy Center          P.O. Box 168088                     P.O. Box 7829
P.O. Box 168088                     Irving, TX 75016-8088               Philadelphia, PA 19101-7829
Irving, TX 75016-8088
866-716-6441
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)JPMorgan Chase Bank, National Association     End of Label Matrix
                                                 Mailable recipients    53
                                                 Bypassed recipients     1
                                                 Total                  54