IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 15-11295TPA |
| | : | |
| DIANE CECILIA VAVRECK, | : | |
|    Debtor | : | HON. THOMAS P. AGRESTI |
| | : | |
| J.P. MORGAN CHASE BANK, NATIONAL ASSOCIATION, | : : | CHAPTER 13 |
|    Movant, | : | |
| | : | RELATED TO CLAIM NO. 8 |
|        v. | : | |
| | : | |
| DIANE CECILIA VAVRECK; and RONDA J. WINNECOUR, ESQUIRE, CHAPTER 13 TRUSTEE, | : : : | |
|    Respondents | : | |

## DECLARATION

I hereby certify as counsel for the Debtor that the existing Chapter 13 Plan is adequately funded and that there is no need to file an amended Chapter 13 Plan.

                                              Respectfully submitted,

                                              QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

BY:    /s/Michael S. JanJanin
        Michael S. Jan Janin, Esquire
        PA Id. No. 38880
        2222 West Grandview Boulevard
        Erie, Pennsylvania  16506-4508
        Telephone: 814-833-2222, Extension 1045
        Direct Dial: 814-314-1051
        Facsimile: 814-833-6753
        E-Mail: mjanjanin@quinnfirm.com
        Counsel for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 15-11295TPA |
| | : | |
| DIANE CECILIA VAVRECK, | : | |
|    Debtor | : | HON. THOMAS P. AGRESTI |
| | : | |
| J.P. MORGAN CHASE BANK, NATIONAL ASSOCIATION, | : | CHAPTER 13 |
|    Movant, | : | |
| | : | RELATED TO CLAIM NO. 8 |
|        v. | : | |
| | : | |
| DIANE CECILIA VAVRECK; and RONDA J. WINNECOUR, ESQUIRE, CHAPTER 13 TRUSTEE, | : | |
|    Respondents | : | |

**CERTIFICATE OF SERVICE OF DECLARATION**

     I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on November 14, 2017.

     The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: *Electronic Notification via the CM/ECF System.*

     Ronda J. Winnecour, Esquire, Chapter 13 Trustee
     **cmecf@chapter13trusteewdpa.com**

     If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON: November 14, 2017

                          Respectfully submitted,

                          QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

                          BY:    /s/Michael S. JanJanin
                                   Michael S. Jan Janin, Esquire
                                   PA Id. No. 38880
                                   2222 West Grandview Boulevard
                                   Erie, Pennsylvania 16506-4508
                                   Telephone: 814-833-2222, Extension 1045
                                   Direct Dial: 814-314-1051
                                   Facsimile: 814-833-6753
                                   E-Mail: mjanjanin@quinnfirm.com
                                   Counsel for Debtor

#1090430