**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In Re:** | : |
| | : BANKRUPTCY NO. 15-11295TPA |
| DIANE CECILIA VAVRECK, | : |
| Debtor | : THE HON. THOMAS P. AGRESTI |
| | : |
| DIANE CECILIA VAVRECK, | : CHAPTER 13 |
| Movants | : |
| | : DATE AND TIME OF HEARING: |
| v. | : Wednesday, March 27, 2019 at 11:30 a.m. |
| | : |
| NO RESPONDENT | : RESPONSES DUE: |
| | March 8, 2019 |

**CERTIFICATION OF NO OBJECTION REGARDING**
**MOTION TO APPROVE VEHICLE LEASE AGREEMENT (Document No. 76)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion to Approve Vehicle Lease Agreement filed February 18, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing with Response Deadline, objections to the Motion were to be filed and served no later than March 8, 2019.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: March 11, 2019

                                          Respectfully submitted,

                                        QUINN, BUSECK, LEEMHUIS, TOOHEY &
                                        KROTO, INC.

                                    BY:   /s/Michael S. JanJanin
                                          Michael S. JanJanin, Esquire
                                          PA Id. No. 38880
                                          The Quinn Law Firm
                                          2222 West Grandview Boulevard
                                          Erie, Pennsylvania  16506-4508
                                          Telephone: 814-833-2222
                                          Facsimile: 814-833-6753
                                          E-Mail: mjanjanin@quinnfirm.com
                                          Counsel for Debtor

#1189602