FILED
3/12/19 10:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | |
| | : | BANKRUPTCY NO. 15-11295TPA |
| DIANE CECILIA VAVRECK, | : | |
| Debtor | : | THE HON. THOMAS P. AGRESTI |
| | : | |
| DIANE CECILIA VAVRECK, | : | CHAPTER 13 |
| Movants | : | |
| | : | RELATED TO DOCUMENT NO. __76__ |
| v. | : | |
| | : | |
| NO RESPONDENT | : | |

### ORDER

AND NOW, to-wit this 12th day of _____March_____, 2019, upon consideration of the Motion to Approve Vehicle Lease filed by the Debtor, Diane Cecilia Vavreck, and following a hearing held in this matter, it is hereby ORDER, ADJUDGED and DECREED that the Motion is APPROVED.

It is further ORDERD that the Debtor is authorized to enter into a lease with GM Financial for a 2019 Chevrolet Trax with twenty-four (24) equal month payments in the amount of $198.00 per month.

_____
Honorable Thomas P. Agresti    **jlm**
United States Bankruptcy Judge

#1188150

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-11295-TPA
Diane Cecilia Vavreck                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: bsil            Page 1 of 1           Date Rcvd: Mar 12, 2019
                             Form ID: pdf900        Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2019.
db             +Diane Cecilia Vavreck,   1948 West 34th Street,   Erie, PA 16508-2008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2019                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2019 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor   JPMorgan Chase Bank, National Association
           andygornall@latouflawfirm.com
          James  Warmbrodt    on behalf of Creditor   JPMorgan Chase Bank, National Association
           bkgroup@kmllawgroup.com
          John F. Kroto    on behalf of Creditor   Ally Financial serviced by Ally Servicing, LLC
           john_kroto@pawb.uscourts.gov,   knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com
          Michael S. Jan Janin    on behalf of Debtor Diane Cecilia Vavreck mjanjanin@quinnfirm.com,
           knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
           myers@quinnfirm.com;mtrayer@quinnfirm.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                          TOTAL: 6