IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 15-11295TPA |
| | : | |
| DIANE CECELIA VAVRECK, | : | |
|     Debtor | : | HON. THOMAS P. AGRESTI |
| | : | |
| J.P. MORGAN CHASE BANK, National Association, | : | CHAPTER 13 |
|     Movant, | : | |
| | : | RELATED TO CLAIM NO. 8 |
|         v. | : | |
| | : | |
| DIANE CECELIA VAVRECK; and RONDA J. WINNECOUR, ESQUIRE, CHAPTER 13 TRUSTEE, | : | |
|     Respondents | : | |

## DECLARATION

I hereby certify as counsel for the Debtor that the existing Chapter 13 Plan is adequately funded and that there is no need to file an amended Chapter 13 Plan.

                                                Respectfully submitted,

                                                QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

BY:    /s/Michael S. JanJanin
          Michael S. Jan Janin, Esquire
          PA Id. No. 38880
          2222 West Grandview Boulevard
          Erie, Pennsylvania 16506-4508
          Telephone: 814-833-2222, Extension 1045
          Direct Dial: 814-314-1051
          Facsimile: 814-833-6753
          E-Mail: mjanjanin@quinnfirm.com
          Counsel for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 15-11295TPA |
| | : | |
| DIANE CECELIA VAVRECK, | : | |
|     Debtor | : | HON. THOMAS P. AGRESTI |
| | : | |
| J.P. MORGAN CHASE BANK, National Association, | : | CHAPTER 13 |
|     Movant, | : | |
| | : | RELATED TO CLAIM NO. 8 |
|         v. | : | |
| | : | |
| DIANE CECELIA VAVRECK; and RONDA J. WINNECOUR, ESQUIRE, CHAPTER 13 TRUSTEE, | : | |
|     Respondents | : | |

**CERTIFICATE OF SERVICE OF DECLARATION**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on November 11, 2019.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: *Electronic Notification via the CM/ECF System.*

    Ronda J. Winnecour, Esquire, Chapter 13 Trustee
    **cmecf@chapter13trusteewdpa.com**

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON: November 11, 2019

                                                   Respectfully submitted,

                                                    QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

                                                    BY:    /s/Michael S. JanJanin
                                                               Michael S. Jan Janin, Esquire
                                                               PA Id. No. 38880
                                                               2222 West Grandview Boulevard
                                                               Erie, Pennsylvania 16506-4508
                                                               Telephone: 814-833-2222, Extension 1045
                                                               Direct Dial: 814-314-1051
                                                               Facsimile: 814-833-6753
                                                               E-Mail: mjanjanin@quinnfirm.com
                                                               Counsel for Debtors

#1254433