IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 15-11295TPA |
| | : | |
| DIANE CECILIA VAVRECK, | : | |
|    Debtor | : | HON. THOMAS P. AGRESTI |
| | : | |
| BAYVIEW LOAN SERVICING, LLC, | : | |
|    Movant, | : | CHAPTER 13 |
| | : | |
|      v. | : | RELATED TO CLAIM NO. 8 |
| | : | |
| DIANE CECILIA VAVRECK; and RONDA J. WINNECOUR, ESQUIRE, CHAPTER 13 TRUSTEE, | : | |
|    Respondents. | : | |

## DECLARATION

I hereby certify as counsel for the Debtor that the existing Chapter 13 Plan is adequately funded and that there is no need to file an amended Chapter 13 Plan.

                                                 Respectfully submitted,

                                                 QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

                                                 BY:    /s/Michael S. JanJanin
                                                            Michael S. Jan Janin, Esquire
                                                           PA Id. No. 38880
                                                           2222 West Grandview Boulevard
                                                           Erie, Pennsylvania 16506-4508
                                                           Telephone: 814-833-2222, Extension 1045
                                                           Direct Dial: 814-314-1051
                                                           Facsimile: 814-833-6753
                                                           E-Mail: mjanjanin@quinnfirm.com
                                                           Counsel for Debtor, Diane Cecilia Vavreck

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 15-11295TPA |
| | : | |
| DIANE CECILIA VAVRECK, | : | |
|    Debtor | : | HON. THOMAS P. AGRESTI |
| | : | |
| BAYVIEW LOAN SERVICING, LLC, | : | |
|    Movant, | : | CHAPTER 13 |
| | : | |
|      v. | : | RELATED TO CLAIM NO. 8 |
| | : | |
| DIANE CECILIA VAVRECK; and RONDA J. WINNECOUR, ESQUIRE, CHAPTER 13 TRUSTEE, | : : : | |
|    Respondents. | | |

## CERTIFICATE OF SERVICE OF DECLARATION

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on September 14, 2020.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: *Electronic Notification via the CM/ECF System.*

Ronda J. Winnecour, Esquire, Chapter 13 Trustee
**cmecf@chapter13trusteewdpa.com**

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON: September 14, 2020

Respectfully submitted,

QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

BY:    /s/Michael S. JanJanin
      Michael S. Jan Janin, Esquire
      PA Id. No. 38880
      2222 West Grandview Boulevard
      Erie, Pennsylvania  16506-4508
      Telephone: 814-833-2222, Extension 1045
      Direct Dial: 814-314-1051
      Facsimile: 814-833-6753
      E-Mail: mjanjanin@quinnfirm.com
      Counsel for Debtor, Diane Cecilia Vavreck

1389187