**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| 10/01/2020 | |
| IN RE: | |
| DIANE CECILIA VAVRECK<br>1948 WEST 34TH STREET<br>ERIE, PA 16508<br>XXX-XX-1604          Debtor(s) | Case No.15-11295 TPA<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

10/1/2020

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **BAYVIEW LOAN SERVICING LLC**<br>4425 PONCE DE LEON BLVD 5TH FL<br>CORAL GABLES, FL 33146 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DKT4LMT*BGN 1/16*FR JPMORGAN-DOC 69 | | CRED DESC: MORTGAGE REGULAR PAYMENT<br>ACCOUNT NO.: 2813 |
| **ALLY FINANCIAL(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ 85062-8367 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 0.00<br>COMMENT: RS/OE*SURR/PL*NT PROV/PL*$8,989.30/CL | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 7378 |
| **AMERICAN HONDA FINANCE CORP***<br>NATIONAL BANKRUPTCY CENTER<br>POB 168088<br>IRVING, TX 75016-8088 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number: 2-2<br>CLAIM: 0.00<br>COMMENT: SURR/PL*CL=$0@PRI*AMD*W/37*DK | | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 4755 |
| **ALLY FINANCIAL(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ 85062-8367 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **HONDA FINANCIAL SERVICES**<br>POB 7829<br>PHILADELPHIA, PA 19101 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **HONDA FINANCIAL SERVICES**<br>PO BOX 168088<br>IRVING, TX 75016-8088 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **CHASE HOME FINANCE LLC**<br>BANKRUPTCY DEPT MS SCI-3048<br>2210 ENTERPRISE DR<br>FLORENCE, SC 29501 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: JPMORGAN/SCH | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **WASHINGTON MUTUAL BANK* ++**<br>7255 BAYMEADOWS WAY<br>MAILSTOP JAXB2007<br>JACKSONVILLE, FL 32256 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ACS IMAGE SOLUTIONS++**<br>12691 PALA DR<br>GARDENGROVE, CA 92841 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WAMU/SCH | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **BANK OF AMERICA NA****<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5994 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Trustee Claim Number: 11 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8411 |
| **COMMONWEALTH FINANCIAL SYSTEMS/NCC(*)**<br>245 MAIN ST<br>DICKSON CITY, PA 18519 | Trustee Claim Number: 12 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: HERITAGE/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8570 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 13 INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 1,492.89<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1251 |
| **DIVERSIFIED CONSULTANTS**<br>POB 551268<br>JACKSONVILLE, FL 32255 | Trustee Claim Number: 14 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **FIA CARD SERVICES**<br>POB 15019<br>WILMINGTON, DE 19850 | Trustee Claim Number: 15 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **QUANTUM3 GROUP LLC AGNT - SADINO FUNDII**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 16 INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 458.87<br>COMMENT: FINGERHUT | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0059 |
| **FIRST NATIONAL COLLECTION++**<br>610 WALTHAM WAY<br>SPARKS, NV 89434 | Trustee Claim Number: 17 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2339 |
| **FIRST NATIONAL BANK OF OMAHA(*)**<br>1620 DODGE ST STOP 3106*<br>OMAHA, NE 68197-3106 | Trustee Claim Number: 18 INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 3,366.25<br>COMMENT: NO NUM/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6742 |
| **ASSET RECOVERY SOLUTIONS LLC**<br>2200 E DEVON AVE<br>DES PLAINES, IL 60018 | Trustee Claim Number: 19 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: FURNITURE ROW/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7684 |
| **JEFF SWANSEGER**<br>1316 WEST 42ND ST<br>ERIE, PA 16509 | Trustee Claim Number: 20 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **CAPITAL ONE NA**<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 199.79<br>COMMENT: KOHLS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8361 |
| **NEW YORK LIFE INSURANCE CO**<br>POB 6915<br>CLEVELAND, OH 44101-6915 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2014 |
| **NEW YORK LIFE INSURANCE CO**<br>POB 6915<br>CLEVELAND, OH 44101-6915 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6742 |
| **SENTRY CREDIT INC**<br>2809 GRAND AVE<br>EVERETT, WA 98201 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CAP 1/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0959 |
| **TD BANK USA NA**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 688.95<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5649 |
| **TARGET NATIONAL BANK**<br>C/O WEINSTEIN AND RILEY PS<br>POB 3978<br>SEATTLE, WA 98124-3978 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **THE BUREAUS INC**<br>650 DUNDEE RD STE 370<br>NORTHBROOK, IL 60062-2757 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **THE BUREAUS INC**<br>650 DUNDEE RD STE 370<br>NORTHBROOK, IL 60062-2757 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **VERIZON WIRELESS**<br>500 TECHNOLOGY DR STE 550<br>ATTN ADMINISTRATION<br>WELDON SPRING, MO 63304 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **APOTHAKER & ASSOC**<br>520 FELLOWSHIP RD C 306<br>MOUNT LAUREL, NJ 08054 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |

| CLAIM RECORDS | | |
|---|---|---|
| **ERC**<br>PO BOX 57547<br><br>JACKSONVILLE, FL 32241 | Trustee Claim Number:31 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **GREGG L MORRIS ESQ++**<br>213 E MAIN ST<br><br>CARNEGIE, PA 15106 | Trustee Claim Number:32 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PHILLIPS & COHEN ASSOCIATES, LTD.**<br>1002 JUSTISON STREET<br><br>WILMINGTON, DE 19801 | Trustee Claim Number:33 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **FREDERIC I WEINBERG ESQ**<br>THE LAW OFCS OF FREDERIC I WEINBERG & AS<br>375 E ELM ST STE 210<br>CONSHOHOCKEN, PA 19428 | Trustee Claim Number:34 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **WEBBANK-FINGERHUT**<br>6250 RIDGEWOOD RD<br><br>ST CLOUD, MN 56303 | Trustee Claim Number:35 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **BAYVIEW LOAN SERVICING LLC***<br>4425 PONCE DE LEON BLVD 5TH FL<br><br>CORAL GABLES, FL 33146 | Trustee Claim Number:36 INT %: 0.00%<br>Court Claim Number:8<br><br>CLAIM: 1,852.62<br>COMMENT: $CL-PL*THRU 12/15*FR JPMORGAN-DOC 69 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 2813 |
| **AMERICAN HONDA FINANCE CORP***<br>NATIONAL BANKRUPTCY CENTER<br>POB 168088<br>IRVING, TX 75016-8088 | Trustee Claim Number:37 INT %: 0.00%<br>Court Claim Number:2-2<br><br>CLAIM: 4,460.99<br>COMMENT: NO GEN UNS/SCH*LEASE DEFICIENCY*W/3*DK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4755 |