Form 300a

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Diane Cecilia Vavreck** : | Case No. 15−11295−TPA |
| *Debtor(s)* : | Chapter: 13 |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| v. : | Related to Document No. 88 |
| **No Respondents** : | |
| *Respondent(s).* : | Hearing Date: 5/5/21 at 12:00 PM |

**ORDER SCHEDULING DATE FOR RESPONSE**
**AND HEARING ON MOTION**

*AND NOW,* this *The 23rd of February, 2021*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 88 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) *On or before April 9, 2021*, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on *May 5, 2021 at 12:00 PM* in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

(4) If either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* are not timely filed, once the Motion is approved, *without further notice or hearing, the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE.*

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 15-11295-TPA
Diane Cecilia Vavreck     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: jmar     Page 1 of 3
Date Rcvd: Feb 23, 2021     Form ID: 300a     Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol  Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diane Cecilia Vavreck, 1948 West 34th Street, Erie, PA 16508-2008 |
| 14156514 | + | Apothaker & Associates PC, 520 Fellowship Road, C306, Mount Laurel, NJ 08054-3410 |
| 14156515 | + | Bank of America, c/of Law Offices of Frederic I. Weinberg, 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 14216530 | | CAPITAL ONE, N.A., C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 14156517 | + | Commonwealth Financial Systems, 245 Main Street, Dickson City, PA 18519-1641 |
| 14148284 | + | FIA Card Services, 655 Papermill Road, Newark, DE 19711-7500 |
| 14156523 | + | FNB Omaha, P.O. Box 3412, Omaha, NE 68103-0412 |
| 14156524 | | Furniture Row, c/of Asset Recovery Solutions LLC, 2200 E. Devon Avenue, Suite 200, Des Plaines, IL 60018-4501 |
| 14156525 | + | Greg L. Morris, Esquire, Patenaude & Felix APC, 213 E. Main Street, Carnegie, PA 15106-2701 |
| 14156528 | + | J.P. Morgan Chase Bank, 2210 Enterprise Drive, Florence, SC 29501-1109 |
| 14156530 | + | Jeff Swanseger, 1316 West 42nd Street, Erie, PA 16509-1202 |
| 14156533 | + | NY Life, P.O. Box 6916, Cleveland, OH 44101-1916 |
| 14156534 | | NY Life Visa, First Bankcard, P.O. Box 2557, Omaha, NE 68103-2557 |
| 14163645 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge Street, Stop Code 3105, Omaha, NE 68197 |
| 14156535 | + | Phillips & Cohen Associates Ltd., 258 Chapman Road, Suite 205, Newark, DE 19702-5444 |
| 14156537 | | Target Card Services, P.O. Box 660170, Dallas, TX 75266-0170 |
| 14156538 | + | Target National Bank, c/of Patenaude & Felix APC, 213 East Main Street, Carnegie, PA 15106-2701 |
| 14156539 | + | The Bureaus, Inc., 1717 Central Street, Evanston, IL 60201-1507 |
| 14156540 | + | The Law Offices of Frederic I. Weinberg, 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 14156544 | + | Washington Mutual Bank, 2000 Oxford Drive, Bethel Park, PA 15102-1827 |
| 14156543 | + | Washington Mutual Bank, c/of ACS Image Solutions, 12691 Pala Drive, Garden Grove, CA 92841-3936 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ally@ebn.phinsolutions.com | Feb 24 2021 03:18:00 | Ally Financial serviced by Ally Servicing, LLC, PO Box 130424, Roseville, MN 55113-0004 |
| cr | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 24 2021 03:19:00 | BAYVIEW LOAN SERVICING, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Feb 24 2021 03:36:00 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14156748 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 24 2021 03:21:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088, 866-716-6441 |
| 14156527 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 24 2021 03:21:00 | Honda Financial Services, P.O. Box 168088, Irving, TX 75016-8088 |
| 14156526 | | Email/Text: ebnbankruptcy@ahm.honda.com | | |

| District/off: 0315-1 | User: jmar | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 23, 2021 | Form ID: 300a | Total Noticed: 49 |

| Recipient ID | Method | Date/Time | Name/Address |
|---|---|---|---|
| | | Feb 24 2021 03:21:00 | Honda Financial Services, P.O. Box 7829, Philadelphia, PA 19101-7829 |
| 14173055 | Email/Text: ally@ebn.phinsolutions.com | Feb 24 2021 03:18:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14156512 | + Email/Text: ally@ebn.phinsolutions.com | Feb 24 2021 03:18:00 | Ally Financial, Payment Processing Center, P.O. Box 9001951, Louisville, KY 40290-1951 |
| 14156511 | + Email/Text: ally@ebn.phinsolutions.com | Feb 24 2021 03:18:00 | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 14156513 | + Email/Text: ebnbankruptcy@ahm.honda.com | Feb 24 2021 03:21:00 | American Honda Finance Company, 20800 Madrona Avenue, Torrance, CA 90503-4915 |
| 14681613 | + Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 24 2021 03:19:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1873 |
| 14156518 | Email/Text: mrdiscen@discover.com | Feb 24 2021 03:18:00 | Discover Bank, P.O. Box 71084, Charlotte, NC 28272-1084 |
| 14153903 | Email/Text: mrdiscen@discover.com | Feb 24 2021 03:18:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14156519 | + Email/Text: bankruptcynotices@dcicollect.com | Feb 24 2021 03:21:00 | Diversified Consultant, 10550 Deerwood Park Blvd., Jacksonville, FL 32256-0596 |
| 14156520 | Email/Text: bknotice@ercbpo.com | Feb 24 2021 03:21:00 | ERC, P.O. Box 23870, Jacksonville, FL 32241-3870 |
| 14156521 | Email/Text: bnc-bluestem@quantum3group.com | Feb 24 2021 03:21:00 | Finger Hut, P.O. Box 166, Newark, NJ 07101-0166 |
| 14156522 | + Email/Text: bankruptcy@fncbinc.com | Feb 24 2021 03:18:00 | First National Collection Bureau, Inc., 610 Waltham Way, Sparks, NV 89437-6695 |
| 14156516 | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 24 2021 02:41:35 | Chase, P.O. Box 15298, Wilmington, DE 19850 |
| 14156529 | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 24 2021 02:45:10 | J.P. Morgan Chase Bank N.A., P.O. Box 8000, Monroe, LA 71203 |
| 14234292 | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 24 2021 02:43:24 | JPMorgan Chase Bank, National Association, c/o Chase Records Center, Attn: Correspondence Mall, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14156542 | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 24 2021 02:43:24 | Washington Mutual Bank, 400 East Main Street, Stockton, CA 95290 |
| 14156532 | Email/Text: PBNCNotifications@peritusservices.com | Feb 24 2021 03:19:00 | Kohl's, Payment Center, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 14191782 | Email/Text: bnc-quantum@quantum3group.com | Feb 24 2021 03:20:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14186218 | Email/PDF: rmscedi@recoverycorp.com | Feb 24 2021 03:36:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14156536 | + Email/Text: compliance@sentrycredit.com | Feb 24 2021 03:22:00 | Sentry Credit, Inc., 2809 Grand Avenue, Everett, WA 98201-3417 |
| 14174135 | + Email/Text: bncmail@w-legal.com | Feb 24 2021 03:21:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14156541 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 24 2021 03:18:00 | Verizon Wireless, Bankruptcy Administration, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |
| 14156545 | + Email/Text: bnc-bluestem@quantum3group.com | Feb 24 2021 03:21:00 | WebBank Fingerhut Credit Account Service, 6250 Ridgewood Road, St. Cloud, MN 56303-0820 |

TOTAL: 28

District/off: 0315-1 | User: jmar | Page 3 of 3
Date Rcvd: Feb 23, 2021 | Form ID: 300a | Total Noticed: 49

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing LLC f/k/a Bayview Loan Se |
| cr | | JPMorgan Chase Bank, National Association |
| 14156531 | ##+ | Jennifer Vavreck, 5449 Glenwood Park Avenue, Erie, PA 16509-3223 |

TOTAL: 2 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor JPMorgan Chase Bank  National Association andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor JPMorgan Chase Bank  National Association bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Community Loan Servicing LLC f/k/a Bayview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| John F. Kroto | on behalf of Creditor Ally Financial serviced by Ally Servicing  LLC john_kroto@pawb.uscourts.gov, knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com |
| Michael S. Jan Janin | on behalf of Debtor Diane Cecilia Vavreck mjanjanin@quinnfirm.com mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;knottingham@quinnfirm.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7