**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DIANE CECILIA VAVRECK<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>       Movant<br>     vs.<br>No Respondents. | Case No.:15-11295 TPA<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

February 22, 2021

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/07/2015 and confirmed on 2/26/16. The case was subsequently     Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 55,065.07 |
| Less Refunds to Debtor | 1,148.95 | |
| TOTAL AMOUNT OF PLAN FUND | | 53,916.12 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,965.00 | |
|   Trustee Fee | 2,546.47 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,511.47 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BAYVIEW LOAN SERVICING LLC** | 0.00 | 42,304.46 | 0.00 | 42,304.46 |
|     Acct: 2813 | | | | |
|   BAYVIEW LOAN SERVICING LLC** | 1,852.62 | 1,852.62 | 0.00 | 1,852.62 |
|     Acct: 2813 | | | | |
|   ALLY FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7378 | | | | |
| | | | | 44,157.08 |
| **Priority** | | | | |
|   MICHAEL S JAN JANIN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DIANE CECILIA VAVRECK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DIANE CECILIA VAVRECK | 1,148.95 | 1,148.95 | 0.00 | 0.00 |
|     Acct: | | | | |
|   QUINN BUSECK LEEMHUIS ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL S JAN JANIN ESQ | 2,965.00 | 2,965.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AMERICAN HONDA FINANCE CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4755 | | | | |
|     ***NONE*** | | | | |
| **Unsecured** | | | | |
|   BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5994 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8411 | | | | |
|   COMMONWEALTH FINANCIAL SYSTEMS/I | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8570 | | | | |
|   DISCOVER BANK(*) | 1,492.89 | 594.42 | 0.00 | 594.42 |
|     Acct: 1251 | | | | |
|   DIVERSIFIED CONSULTANTS++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FIA CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: | | | | |
| QUANTUM3 GROUP LLC AGNT - SADINO | 458.87 | 182.71 | 0.00 | 182.71 |
| Acct: 0059 | | | | |
| FIRST NATIONAL COLLECTION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2339 | | | | |
| FIRST NATIONAL BANK OF OMAHA(*) | 3,366.25 | 1,340.34 | 0.00 | 1,340.34 |
| Acct: 6742 | | | | |
| ASSET RECOVERY SOLUTIONS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7684 | | | | |
| JEFF SWANSEGER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE NA** | 199.79 | 79.55 | 0.00 | 79.55 |
| Acct: 8361 | | | | |
| NEW YORK LIFE INSURANCE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2014 | | | | |
| NEW YORK LIFE INSURANCE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6742 | | | | |
| SENTRY CREDIT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0959 | | | | |
| TD BANK USA NA** | 688.95 | 274.32 | 0.00 | 274.32 |
| Acct: 5649 | | | | |
| TARGET NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THE BUREAUS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THE BUREAUS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| AMERICAN HONDA FINANCE CORP* | 4,460.99 | 1,776.23 | 0.00 | 1,776.23 |
| Acct: 4755 | | | | |
| ALLY FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HONDA FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HONDA FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CHASE HOME FINANCE LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WASHINGTON MUTUAL BANK* ++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ACS IMAGE SOLUTIONS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| APOTHAKER & ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ERC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GREGG L MORRIS ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHILLIPS & COHEN ASSOCIATES, LTD. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FREDERIC I WEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WEBBANK-FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 4,247.57 |
| TOTAL PAID TO CREDITORS | | | | 48,404.65 |

```
TOTAL CLAIMED
PRIORITY               0.00
SECURED            1,852.62
UNSECURED         10,667.74
```

Date: 02/22/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    DIANE CECILIA VAVRECK

        Debtor(s)

    Ronda J. Winnecour
          Movant
      vs.
    No Repondents.

Case No.:15-11295 TPA

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-11295-TPA |
| Diane Cecilia Vavreck | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: jmar | Page 1 of 3 |
| Date Rcvd: Feb 23, 2021 | Form ID: pdf900 | Total Noticed: 49 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diane Cecilia Vavreck, 1948 West 34th Street, Erie, PA 16508-2008 |
| 14156514 | + | Apothaker & Associates PC, 520 Fellowship Road, C306, Mount Laurel, NJ 08054-3410 |
| 14156515 | + | Bank of America, c/of Law Offices of Frederic I. Weinberg, 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 14216530 | | CAPITAL ONE, N.A., C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 14156517 | + | Commonwealth Financial Systems, 245 Main Street, Dickson City, PA 18519-1641 |
| 14148284 | + | FIA Card Services, 655 Papermill Road, Newark, DE 19711-7500 |
| 14156523 | + | FNB Omaha, P.O. Box 3412, Omaha, NE 68103-0412 |
| 14156524 | | Furniture Row, c/of Asset Recovery Solutions LLC, 2200 E. Devon Avenue, Suite 200, Des Plaines, IL 60018-4501 |
| 14156525 | + | Greg L. Morris, Esquire, Patenaude & Felix APC, 213 E. Main Street, Carnegie, PA 15106-2701 |
| 14156528 | + | J.P. Morgan Chase Bank, 2210 Enterprise Drive, Florence, SC 29501-1109 |
| 14156530 | + | Jeff Swanseger, 1316 West 42nd Street, Erie, PA 16509-1202 |
| 14156533 | + | NY Life, P.O. Box 6916, Cleveland, OH 44101-1916 |
| 14156534 | | NY Life Visa, First Bankcard, P.O. Box 2557, Omaha, NE 68103-2557 |
| 14163645 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge Street, Stop Code 3105, Omaha, NE 68197 |
| 14156535 | + | Phillips & Cohen Associates Ltd., 258 Chapman Road, Suite 205, Newark, DE 19702-5444 |
| 14156537 | | Target Card Services, P.O. Box 660170, Dallas, TX 75266-0170 |
| 14156538 | + | Target National Bank, c/of Patenaude & Felix APC, 213 East Main Street, Carnegie, PA 15106-2701 |
| 14156539 | + | The Bureaus, Inc., 1717 Central Street, Evanston, IL 60201-1507 |
| 14156540 | + | The Law Offices of Frederic I. Weinberg, 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 14156544 | + | Washington Mutual Bank, 2000 Oxford Drive, Bethel Park, PA 15102-1827 |
| 14156543 | + | Washington Mutual Bank, c/of ACS Image Solutions, 12691 Pala Drive, Garden Grove, CA 92841-3936 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ally@ebn.phinsolutions.com | Feb 24 2021 03:18:00 | Ally Financial serviced by Ally Servicing, LLC, PO Box 130424, Roseville, MN 55113-0004 |
| cr | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 24 2021 03:19:00 | BAYVIEW LOAN SERVICING, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Feb 24 2021 03:37:14 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14156748 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 24 2021 03:21:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088, 866-716-6441 |
| 14156527 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 24 2021 03:21:00 | Honda Financial Services, P.O. Box 168088, Irving, TX 75016-8088 |
| 14156526 | | Email/Text: ebnbankruptcy@ahm.honda.com | | |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | Feb 24 2021 03:21:00 | Honda Financial Services, P.O. Box 7829, Philadelphia, PA 19101-7829 |
| 14173055 | Email/Text: ally@ebn.phinsolutions.com | Feb 24 2021 03:18:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14156512 | + Email/Text: ally@ebn.phinsolutions.com | Feb 24 2021 03:18:00 | Ally Financial, Payment Processing Center, P.O. Box 9001951, Louisville, KY 40290-1951 |
| 14156511 | + Email/Text: ally@ebn.phinsolutions.com | Feb 24 2021 03:18:00 | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 14156513 | + Email/Text: ebnbankruptcy@ahm.honda.com | Feb 24 2021 03:21:00 | American Honda Finance Company, 20800 Madrona Avenue, Torrance, CA 90503-4915 |
| 14681613 | + Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 24 2021 03:19:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1873 |
| 14156518 | Email/Text: mrdiscen@discover.com | Feb 24 2021 03:18:00 | Discover Bank, P.O. Box 71084, Charlotte, NC 28272-1084 |
| 14153903 | Email/Text: mrdiscen@discover.com | Feb 24 2021 03:18:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14156519 | + Email/Text: bankruptcynotices@dcicollect.com | Feb 24 2021 03:21:00 | Diversified Consultant, 10550 Deerwood Park Blvd., Jacksonville, FL 32256-0596 |
| 14156520 | Email/Text: bknotice@ercbpo.com | Feb 24 2021 03:21:00 | ERC, P.O. Box 23870, Jacksonville, FL 32241-3870 |
| 14156521 | Email/Text: bnc-bluestem@quantum3group.com | Feb 24 2021 03:21:00 | Finger Hut, P.O. Box 166, Newark, NJ 07101-0166 |
| 14156522 | + Email/Text: bankruptcy@fncbinc.com | Feb 24 2021 03:18:00 | First National Collection Bureau, Inc., 610 Waltham Way, Sparks, NV 89437-6695 |
| 14156516 | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 24 2021 02:45:10 | Chase, P.O. Box 15298, Wilmington, DE 19850 |
| 14156529 | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 24 2021 02:43:24 | J.P. Morgan Chase Bank N.A., P.O. Box 8000, Monroe, LA 71203 |
| 14234292 | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 24 2021 02:43:24 | JPMorgan Chase Bank, National Association, c/o Chase Records Center, Attn: Correspondence Mall, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14156542 | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 24 2021 02:41:35 | Washington Mutual Bank, 400 East Main Street, Stockton, CA 95290 |
| 14156532 | Email/Text: PBNCNotifications@peritusservices.com | Feb 24 2021 03:19:00 | Kohl's, Payment Center, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 14191782 | Email/Text: bnc-quantum@quantum3group.com | Feb 24 2021 03:20:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14186218 | Email/PDF: rmscedi@recoverycorp.com | Feb 24 2021 03:38:28 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14156536 | + Email/Text: compliance@sentrycredit.com | Feb 24 2021 03:22:00 | Sentry Credit, Inc., 2809 Grand Avenue, Everett, WA 98201-3417 |
| 14174135 | + Email/Text: bncmail@w-legal.com | Feb 24 2021 03:21:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14156541 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 24 2021 03:18:00 | Verizon Wireless, Bankruptcy Administration, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |
| 14156545 | + Email/Text: bnc-bluestem@quantum3group.com | Feb 24 2021 03:21:00 | WebBank Fingerhut Credit Account Service, 6250 Ridgewood Road, St. Cloud, MN 56303-0820 |

TOTAL: 28

| District/off: 0315-1 | User: jmar | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 23, 2021 | Form ID: pdf900 | Total Noticed: 49 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing LLC f/k/a Bayview Loan Se |
| cr | | JPMorgan Chase Bank, National Association |
| 14156531 | ##+ | Jennifer Vavreck, 5449 Glenwood Park Avenue, Erie, PA 16509-3223 |

TOTAL: 2 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2021               Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor JPMorgan Chase Bank  National Association andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor JPMorgan Chase Bank  National Association bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Community Loan Servicing LLC f/k/a Bayview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| John F. Kroto | on behalf of Creditor Ally Financial serviced by Ally Servicing  LLC john_kroto@pawb.uscourts.gov, knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com |
| Michael S. Jan Janin | on behalf of Debtor Diane Cecilia Vavreck mjanjanin@quinnfirm.com mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;knottingham@quinnfirm.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7