UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
|  | : BANKRUPTCY NO. 15-11295TPA |
| DIANE CECILIA VAVRECK, | : |
|    Debtor. | : THE HONORABLE THOMAS P. AGRESTI |
|  | : |
| DIANE CECILIA VAVRECK, | : CHAPTER 13 |
|  | : |
|    Movant, | : |
|  | : |
| v. | : |
|  | : |
| NO RESPONDENT. | : |

**CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE**

    Attached hereto is Official Form 423, Certification About a Financial Management Course.

                                        Respectfully submitted,

                                        THE QUINN LAW FIRM

                                        BY:    /s/Michael S. JanJanin
                                                     Michael S. Jan Janin, Esquire
                                                     PA Id. No. 38880
                                                   2222 West Grandview Boulevard
                                                   Erie, Pennsylvania 16506-4508
                                                 Telephone: 814-833-2222
                                               Facsimile: 814-833-6753
                                               E-Mail Address: mjanjanin@quinnfirm.com
                                               Counsel for Debtor(s)

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | *Diane* | *Cecilia* | *Vavreck* |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known): *15-11295TPA*

# Official Form 423
## Certification About a Financial Management Course      12/15

**If you are an individual, you must take an approved course about personal financial management if:**
- **you filed for bankruptcy under chapter 7 or 13, or**
- **you filed for bankruptcy under chapter 11 and § 1141 (d)(3) does not apply.**

**In a joint case, each debtor must take the course. 11 U.S.C. §§ 727(a)(11) and 1328(g).**

After you finish the course, the provider will give you a certificate. The provider may notify the court that you have completed the course. If the provider does notify the court, you need not file this form. I the provider does not notify the court, then Debtor 1 and Debtor 2 must each file this form with the certificate number before your debts will be discharged.

- If you filed under chapter 7 and you need to file this form, file it within 60 days after the first date set for the meeting of creditors under § 341 of the Bankruptcy Code.
- If you filed under chapter 11 or 13 and you need to file this form, file it before you make the last payment that your plan requires or before you file a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Bankruptcy Code. Fed. R. Bankr. P. 1007(c).

**In some cases, the court can waive the requirement to take the financial management course. To have the requirement waived, you must file a motion with the court and obtain a court order.**

### Part 1: Tell the Court About the Required Course.

*You must check one:*

☒ **I completed an approved course in personal financial management:**

Date I took the course: *March 10, 2021*

Name of approved provider: *Advantage Credit Counseling Service, Inc.*

Certificate Number: *01721-PAW-DE-035444800*

☐ **I am not required to complete a course in personal financial management because the court has granted my motion for a waiver of the requirement based on** *(check one)*:

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to complete a course in personal financial management in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

☐ **Residence.** I live in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses cannot adequately meet my needs.

### Part 2: Sign Here

I certify that the information I have provided is true and correct.

X  /s/Diane Cecilia Vavreck          **Diane Cecilia Vavreck**     Date **March 15, 2021**
Signature of debtor named on certificate       Printed name of debtor

#1427865

Certificate Number: 01721-PAW-DE-035444800

Bankruptcy Case Number: 15-11295



01721-PAW-DE-035444800

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 10, 2021, at 10:17 o'clock AM EST, Diane Vavreck completed a course on personal financial management given by internet by Advantage Credit Counseling Service, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: March 10, 2021        By:    /s/Sarah Chechak

Name:    Sarah Chechak

Title:    Counseling