IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 15-11295 TPA |
| | : | |
| DIANE CECILIA VAVRECK, | : | THE HON. THOMAS P. AGRESTI |
| Debtor. | : | |
| | : | CHAPTER 13 |
| DIANE CECILIA VAVRECK | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| NO RESPONDENT. | : | |

**DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:

   __X__   The Debtor is not required to pay any Domestic Support Obligations.

   _____   The Debtor is required to pay Domestic Support Obligations and the Debtors have paid any amounts payable under a Court Order or Statute that were due on or before the date of this Certification (including amounts due before the petition was filed, but only to the extent provided for in the Plan).

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor(s) has/have not received a prior discharge in a bankruptcy case within the timeframes specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor(s) ineligible for a discharge.

4. On March 15, 2021, at Docket No. 94, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies)*:

__X__   Debtor carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

____    Undersigned Counsel duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

Dated:  March 19, 2021              By:   /s/Diane Cecilia Vavreck
                                          Debtor, Diane Cecilia Vavreck

                                    Respectfully submitted,

                                    QUINN, BUSECK, LEEMHUIS, TOOHEY
                                    & KROTO, INC.

Dated: March 19, 2021               BY:   /s/Michael S. JanJanin
                                          Michael S. Jan Janin, Esquire
                                          PA Id. No. 38880
                                          2222 West Grandview Boulevard
                                          Erie, Pennsylvania 16506-4508
                                          Telephone: 814-833-2222, Ext. 1045
                                          Telephone: 814-314-1051 (Direct)
                                          Facsimile: 814-833-6753
                                          E-Mail Address: mjanjanin@quinnfirm.com
                                          Counsel for Debtor, Diane Cecilia Vavreck

1427863