| **Information to identify the case:** | |
|---|---|
| Debtor 1  **Diane Cecilia Vavreck** | Social Security number or ITIN  xxx–xx–1604 |
| First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing)  First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
|  | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number:  **15–11295–TPA** | |

# Order of Discharge                                                                                                  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Diane Cecilia Vavreck

4/13/21                                                         **By the court:**    Thomas P. Agresti
                                                                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Diane Cecilia Vavreck  
    Debtor

Case No. 15-11295-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: nsha | Page 1 of 4 |
| Date Rcvd: Apr 13, 2021 | Form ID: 3180W | Total Noticed: 51 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diane Cecilia Vavreck, 1948 West 34th Street, Erie, PA 16508-2008 |
| cr | + | BAYVIEW LOAN SERVICING, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 14156514 | + | Apothaker & Associates PC, 520 Fellowship Road, C306, Mount Laurel, NJ 08054-3410 |
| 14156515 | + | Bank of America, c/of Law Offices of Frederic I. Weinberg, 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 14681613 | + | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1873 |
| 14156517 | + | Commonwealth Financial Systems, 245 Main Street, Dickson City, PA 18519-1641 |
| 14156523 | + | FNB Omaha, P.O. Box 3412, Omaha, NE 68103-0412 |
| 14156524 | | Furniture Row, c/of Asset Recovery Solutions LLC, 2200 E. Devon Avenue, Suite 200, Des Plaines, IL 60018-4501 |
| 14156525 | + | Greg L. Morris, Esquire, Patenaude & Felix APC, 213 E. Main Street, Carnegie, PA 15106-2701 |
| 14156528 | + | J.P. Morgan Chase Bank, 2210 Enterprise Drive, Florence, SC 29501-1109 |
| 14156530 | + | Jeff Swanseger, 1316 West 42nd Street, Erie, PA 16509-1202 |
| 14156533 | + | NY Life, P.O. Box 6916, Cleveland, OH 44101-1916 |
| 14156534 | | NY Life Visa, First Bankcard, P.O. Box 2557, Omaha, NE 68103-2557 |
| 14163645 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge Street, Stop Code 3105, Omaha, NE 68197 |
| 14156535 | + | Phillips & Cohen Associates Ltd., 258 Chapman Road, Suite 205, Newark, DE 19702-5444 |
| 14156538 | + | Target National Bank, c/of Patenaude & Felix APC, 213 East Main Street, Carnegie, PA 15106-2701 |
| 14156539 | + | The Bureaus, Inc., 1717 Central Street, Evanston, IL 60201-1507 |
| 14156540 | + | The Law Offices of Frederic I. Weinberg, 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 14156544 | + | Washington Mutual Bank, 2000 Oxford Drive, Bethel Park, PA 15102-1827 |
| 14156543 | + | Washington Mutual Bank, c/of ACS Image Solutions, 12691 Pala Drive, Garden Grove, CA 92841-3936 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Apr 14 2021 05:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 14 2021 09:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Apr 14 2021 05:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 14 2021 09:17:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + EDI: GMACFS.COM | Apr 14 2021 05:38:00 | Ally Financial serviced by Ally Servicing, LLC, |

Case 15-11295-TPA   Doc 99   Filed 04/15/21   Entered 04/16/21 00:45:14   Desc Imaged
                              Certificate of Notice   Page 4 of 6

| District/off: 0315-1 | User: nsha | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 13, 2021 | Form ID: 3180W | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| | | | | PO Box 130424, Roseville, MN 55113-0004 |
| cr | | + EDI: LCIBAYLN | Apr 14 2021 05:38:00 | BAYVIEW LOAN SERVICING, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| cr | | EDI: RECOVERYCORP.COM | Apr 14 2021 05:38:00 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14156748 | | EDI: HNDA.COM | Apr 14 2021 05:38:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088, 866-716-6441 |
| 14156527 | | EDI: HNDA.COM | Apr 14 2021 05:38:00 | Honda Financial Services, P.O. Box 168088, Irving, TX 75016-8088 |
| 14156526 | | EDI: HNDA.COM | Apr 14 2021 05:38:00 | Honda Financial Services, P.O. Box 7829, Philadelphia, PA 19101-7829 |
| 14173055 | | EDI: GMACFS.COM | Apr 14 2021 05:38:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14156512 | | + EDI: GMACFS.COM | Apr 14 2021 05:38:00 | Ally Financial, Payment Processing Center, P.O. Box 9001951, Louisville, KY 40290-1951 |
| 14156511 | | + EDI: GMACFS.COM | Apr 14 2021 05:38:00 | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 14156513 | | + EDI: HNDA.COM | Apr 14 2021 05:38:00 | American Honda Finance Company, 20800 Madrona Avenue, Torrance, CA 90503-4915 |
| 14681613 | | + EDI: LCIBAYLN | Apr 14 2021 05:38:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1873 |
| 14216530 | | EDI: BL-BECKET.COM | Apr 14 2021 05:38:00 | CAPITAL ONE, N.A., C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 14156518 | | EDI: DISCOVER.COM | Apr 14 2021 05:38:00 | Discover Bank, P.O. Box 71084, Charlotte, NC 28272-1084 |
| 14153903 | | EDI: DISCOVER.COM | Apr 14 2021 05:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14156519 | | + EDI: DCI.COM | Apr 14 2021 05:38:00 | Diversified Consultant, 10550 Deerwood Park Blvd., Jacksonville, FL 32256-0596 |
| 14156520 | | Email/Text: bknotice@ercbpo.com | Apr 14 2021 09:18:00 | ERC, P.O. Box 23870, Jacksonville, FL 32241-3870 |
| 14148284 | | + EDI: BANKAMER.COM | Apr 14 2021 05:38:00 | FIA Card Services, 655 Papermill Road, Newark, DE 19711-7500 |
| 14156521 | | EDI: BLUESTEM | Apr 14 2021 05:38:00 | Finger Hut, P.O. Box 166, Newark, NJ 07101-0166 |
| 14156522 | | + Email/Text: bankruptcy@fncbinc.com | Apr 14 2021 09:16:00 | First National Collection Bureau, Inc., 610 Waltham Way, Sparks, NV 89437-6695 |
| 14156516 | | EDI: JPMORGANCHASE | Apr 14 2021 05:38:00 | Chase, P.O. Box 15298, Wilmington, DE 19850 |
| 14156529 | | EDI: JPMORGANCHASE | Apr 14 2021 05:38:00 | J.P. Morgan Chase Bank N.A., P.O. Box 8000, Monroe, LA 71203 |
| 14234292 | | EDI: JPMORGANCHASE | Apr 14 2021 05:38:00 | JPMorgan Chase Bank, National Association, c/o Chase Records Center, Attn: Correspondence Mall, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14156542 | | EDI: JPMORGANCHASE | Apr 14 2021 05:38:00 | Washington Mutual Bank, 400 East Main Street, Stockton, CA 95290 |
| 14156532 | | Email/Text: PBNCNotifications@peritusservices.com | Apr 14 2021 09:16:00 | Kohl's, Payment Center, P.O. Box 2983, Milwaukee, WI 53201-2983 |

Case 15-11295-TPA　Doc 99　Filed 04/15/21　Entered 04/16/21 00:45:14　Desc Imaged
Certificate of Notice　Page 5 of 6

| District/off: 0315-1 | User: nsha | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 13, 2021 | Form ID: 3180W | Total Noticed: 51 |

| 14191782 | | EDI: Q3G.COM | | | |
|---|---|---|---|---|---|
| | | | Apr 14 2021 05:38:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 | |
| 14186218 | | EDI: RECOVERYCORP.COM | | | |
| | | | Apr 14 2021 05:38:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 | |
| 14156536 | + | Email/Text: compliance@sentrycredit.com | | | |
| | | | Apr 14 2021 09:18:00 | Sentry Credit, Inc., 2809 Grand Avenue, Everett, WA 98201-3417 | |
| 14174135 | + | Email/Text: bncmail@w-legal.com | | | |
| | | | Apr 14 2021 09:18:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 | |
| 14156537 | | EDI: WTRRNBANK.COM | | | |
| | | | Apr 14 2021 05:38:00 | Target Card Services, P.O. Box 660170, Dallas, TX 75266-0170 | |
| 14156541 | + | EDI: VERIZONCOMB.COM | | | |
| | | | Apr 14 2021 05:38:00 | Verizon Wireless, Bankruptcy Administration, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 | |
| 14156545 | + | EDI: BLUESTEM | | | |
| | | | Apr 14 2021 05:38:00 | WebBank Fingerhut Credit Account Service, 6250 Ridgewood Road, St. Cloud, MN 56303-0820 | |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing LLC f/k/a Bayview Loan Se |
| cr | | JPMorgan Chase Bank, National Association |
| 14156531 | ##+ | Jennifer Vavreck, 5449 Glenwood Park Avenue, Erie, PA 16509-3223 |

TOTAL: 2 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2021　　　　　　　　　　Signature:　　/s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor JPMorgan Chase Bank  National Association andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor JPMorgan Chase Bank  National Association bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Community Loan Servicing LLC f/k/a Bayview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| John F. Kroto | |

| | | |
|---|---|---|
| District/off: 0315-1 | User: nsha | Page 4 of 4 |
| Date Rcvd: Apr 13, 2021 | Form ID: 3180W | Total Noticed: 51 |

    on behalf of Creditor Ally Financial serviced by Ally Servicing  LLC john_kroto@pawb.uscourts.gov, knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com

Maria Miksich
    on behalf of Creditor Community Loan Servicing LLC f/k/a Bayview Loan Servicing  LLC mmiksich@kmllawgroup.com

Michael S. Jan Janin
    on behalf of Debtor Diane Cecilia Vavreck mjanjanin@quinnfirm.com
    mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;knottingham@quinnfirm.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8